IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CHRISTOPHER JAMES, ) )   Petitioner, ) ) v. ) ) ROLANDA CALLOWAY, et al., ) )   Respondents. ) | CIVIL ACTION NO. 1:20cv1046-MHT (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is dismissed without prejudice.

It is further ORDERED that costs are not taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of August, 2023.

                                                /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**